UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Robert Pizarro & Juan Rivera,

Defendants.



17-cr-151 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In addition to the matters outlined in the Court's May 6, 2018 Order, the parties should be prepared to discuss this morning:

1) When the AUSAs first learned of the existence of Agent Mercurio's Report of Investigation;

2) Who was involved in the decision not to produce the report to the Defendants (before May 4, 2018);

3) What was the justification for that decision.

SO ORDERED.

Dated: May __7__, 2018
       New York, New York

_____
ALISON J. NATHAN
United States District Judge