UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA             :

                                                 :  EX PARTE ORDER

   - against -                    :  17 Cr. 151 (AJN)

JUAN RIVERA                          :
------------------------------X

ALLISON J. NATHAN, U.S.D.J.

     Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

     **IT IS HEREBY ORDERED**, that the New York City Department of Education – Special Education Services release Mr. Juan Antonio Rivera's, DOB: [REDACTED] SSN; [REDACTED], entire special education record including but not limited to guidance records, transcripts, registration forms, referrals, IQ test, grades, report cards, test results, attendance records, curriculum, notes, progress evaluations and any such materials and records to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative within fourteen (14) days upon receipt of this Order.

Dated: New York, New York
      May 9, 2017

S O   O R D E R E D

_____
HON. ALLISON J. NATHAN
UNITED STATES DISTRICT JUDGE