# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK
## CLERK'S OFFICE

SUBMITTED BY: Plaintiff_____ Defendant_____
Attorney's Name: _____
Firm Name: _____
Address: _____
Phone Number: _____

United States of America

vs.

Pizzaro et. al.



17 cr 151 (AJN)

DOCKET NO.

**CONTENTS:**

Ex Parte of investigative and other resources dtd: 5.11.2017

# SEALED AND IMPOUNDED RECORD

DOC # 22

ORDERED SEALED AND IMPOUNDED AND PLACED IN A SECURED AREA IN THE CLERK'S OFFICE AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

ORDER DATED: 5/12/2017

_____
U.S.D.J./U.S. MAGISTRATE JUDGE

RECEIVED BY _____



U.S. DISTRICT COURT FILED MAY 15 2017 S.D. OF N.Y.

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

May 11, 2017

**Ex Parte and Under Seal**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        United States v. Pizzaro et. al.
        *including Juan Rivera*
        17 Cr. 151 (AJN)

Dear Judge Nathan:

    Bobbi Sternheim and I are the attorneys for Juan Rivera in the above referenced case. Kindly treat this letter as an *ex parte* and under seal request for the approval of investigative and other resources pursuant to 18 U.S.C. § 3599(a)(2)(f). This application discusses defense strategy and other confidential communications among defense counsel. I write to request that your Honor sign the enclosed proposed four *ex parte* Orders which directs the New York State Department of Corrections to release Mr. Rivera's entire prison record.

    In order to prepare for a mitigation submission to the government, or a sentencing submission to the Court, we must thoroughly investigate all aspects of Mr. Rivera's life. Mr. Rivera was incarcerated in the New York State prison system for approximately 16 years. These records are necessary to show Mr. Rivera's activities and conduct while in prison.

Honorable Alison J. Nathan
May 11, 2017
Page Two

These records are unobtainable by means other than a Court order. If your Honor requests additional information please contact me at your convenience.

This letter should remain Under Seal until further Order from the Court.

Thank you for your consideration in this matter.

Respectfully submitted,

Jeremy Schneider

encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :

                                : **EX PARTE ORDER**

  - against -
                                : 17 Cr. 151 (AJN)

JUAN RIVERA                       :
------------------------------------X

ALLISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the New York State Department of Correction release Mr. Juan Antonio Rivera's, DOB: ███ NYSID #███ entire incarceration record including but not limited to disciplinary records, housing unit records, visiting logs, telephone records, transfer records, work history, education records, certificate programs, all department of corrections records included in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

    May 12, 2017

                                          S O   O R D E R E D:

                                          HON. ALLISON J. NATHAN
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :

                                    :     **EX PARTE ORDER**
        - against -
                                    :     17 Cr. 151 (AJN)

JUAN RIVERA                         :
------------------------------------X

ALLISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the New York State Department of Correction release Mr. Juan Antonio Rivera's, DOB: ▉▉▉▉ NYSID ▉▉▉▉▉▉ complete medical record including but not limited to mental health records, test results, hospital visits, prescriptions list, diagnosis history, drug related treatment records, all medical records from the New York Department of Corrections in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

   May 12, 2017

SO ORDERED:

_____
HON. ALLISON J. NATHAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA            :

                                    :        **EX PARTE ORDER**
    - against -
                                    :        17 Cr. 151 (AJN)

JUAN RIVERA                         :
----------------------------------------X

ALISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Health and Hospital Corporation, The Medical Records Unit for Rikers Island Correctional Facility release Mr. Juan Antonio Rivera's, DOB: ▓▓▓▓ NYSID ▓▓▓▓ entire medical record including but not limited to prescription history, appointment history, tests, test results, hospital visits, mental health, drug and alcohol programs, emergency visits, all department of corrections medical records included in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

   May 12, 2017

                                    S O   O R D E R E D:

                                    _____
                                    HON. ALISON J. NATHAN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :

                                  :     **EX PARTE ORDER**
         - against -
                                  :     17 Cr. 151 (AJN)

JUAN RIVERA                       :
------------------------------------X

ALISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that Legal Department of the City of New York Department of Corrections for Rikers Island Correctional Facility release Mr. Juan Antonio Rivera's, DOB: ▮▮▮▮ NYSID ▮▮▮▮ entire incarceration record including but not limited to disciplinary records, housing unit records, visiting logs, telephone records, transfer records, work history, education records, certificate programs, all department of corrections records included in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

   May 2, 2016

                           S O   O R D E R E D:

                           _____
                           HON. ALISON J. NATHAN
                           UNITED STATES DISTRICT JUDGE