```
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   EX PARTE ORDER
    - against -                     :
                                    :   17 Cr. 151 (AJN)
JUAN RIVERA                         :
------------------------------------X
```

ALLISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the New York State Department of Correction release Mr. Juan Antonio Rivera's, DOB: ▮ NYSID ▮ complete medical record including but not limited to mental health records, test results, hospital visits, prescriptions list, diagnosis history, drug related treatment records , all medical records from the New York Department of Corrections in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

    May ⟨12⟩, 2017

S O  O R D E R E D:

_____
HON. ALLISON J. NATHAN
UNITED STATES DISTRICT JUDGE