UNITED STATES OF AMERICA :

                       :    **EX PARTE ORDER**

    - against -

                       :    17 Cr. 151 (AJN)

JUAN RIVERA                   :

------------------------------------X

ALISON J. NATHAN, U.S.D.J.

    Upon the application of Jeremy Schneider counsel for JUAN RIVERA, a defendant in the above captioned case;

    **IT IS HEREBY ORDERED,** that the Health and Hospital Corporation, The Medical Records Unit for Rikers Island Correctional Facility release Mr. Juan Antonio Rivera's, DOB: ▓▓▓▓▓ NYSID ▓▓▓▓▓ entire medical record including but not limited to prescription history, appointment history, tests, test results, hospital visits, mental health, drug and alcohol programs, emergency visits, all department of corrections medical records included in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

      May 12, 2017

S O  O R D E R E D:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE