UNITED STATES OF AMERICA  :

                                          :    **EX PARTE ORDER**

    - against -

                                          :    17 Cr. 151 (AJN)

JUAN RIVERA  :
-------------------------------------X

ALISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED,** that Legal Department of the City of New York Department of Corrections for Rikers Island Correctional Facility release Mr. Juan Antonio Rivera's, DOB: ▓▓▓ NYSID ▓▓▓ entire incarceration record including but not limited to disciplinary records, housing unit records, visiting logs, telephone records, transfer records, work history, education records, certificate programs, all department of corrections records included in the files to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York

    May ⧸2⧹, 2016

S O  O R D E R E D:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE