UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JUAN RIVERA,

        Defendant.

-----------------------------------------------------------x

**ORDER**

17 Cr. 151 (AJN)

IT IS HEREBY ORDERED that the Metropolitan Correctional Center is directed to permit EDWIN RAMIREZ, criminal investigator, to enter the facility to meet with JUAN RIVERA, 46072-054.

Dated: May 1\, 2017

SO ORDERED.

_____
HONORABLE ALISON J. NATHAN
United States District Court Judge