UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA                :

    - against -                        :    EX PARTE ORDER

                                        :    17 Cr. 151 (AJN)

JUAN RIVERA                             :
-----------------------------------X

ALLISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider, counsel for JUAN RIVERA, a defendant in above captioned case;

**IT IS HEREBY ORDERED** that Sprint Spectrum, L.P. release subscriber information for telephone number (347) 310-8360 for the time period of July 01, 2016 through September 30, 2016. Subscriber information for Juan Rivera, SS#: [REDACTED] last known address of 2103 Honeywell Avenue, Apt. 3M, Bronx, NY 10460 to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

**IT IS FUTHER HEREBY ORDERED** that Sprint Spectrum L.P. release the Call Detail/Toll information for telephone number (347) 310-8360 as well as all bills, notices, and invoices covering the time period of July 01, 2016 through September 30, 2016 to Mr. Rivera's attorney, Jeremy Schneider, Esq, or his representative, within fourteen (14) days upon receipt of this Order.

Dated: New York, New York
       July __, 2017

SO ORDERED:

_____
HON. ALLISON J. NATHAN
UNITED STATES DISTRICT JUDGE