UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA             :
                                     :   **ORDER**
    - against -                      :
                                     :   17 Cr 151 (AJN)
JUAN RIVERA                          :
                                     :
              Defendant.
------------------------------X

ALISON J. NATHAN, U.S.D.J.

Upon the application of Jeremy Schneider and Bobbi Sternheim, counsel for JUAN RIVERA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Correctional Center allow the following clothing be admitted for Juan Rivera, Inmate ID #46072-054, for his upcoming trial:

1. 2 Slacks
2. 2 Suit Jackets
3. 4 Shirts
4. 2 Ties
5. 4 Pairs of Socks
6. 2 Sweaters
7. 1 Pair of Shoes
8. 1 Belt

Dated: New York, New York
       April 26, 2018

S O  O R D E R E D:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE