

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 14, 2025

**BY ECF**

The Honorable Arun Subramanian
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Pizarro*, 17 Cr. 151 (AS)
            *Robert Pizarro v. United States*, 24 Civ. 2414 (AS)

Dear Judge Subramanian:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney

                        by: _____/s_____
                                Jared Lenow
                                Assistant United States Attorney
                                (212) 637-1068

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 516 on 17cr151 and ECF No. 40 on 24cv2414.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 15, 2025