UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RIVERA,

            Plaintiff,

-against-

UNITED STATES OF AMERICA,

            Defendant.

25-cv-1979 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Per the Court's order at Dkt. 6, 25cv1979, the government is hereby ordered to respond to Juan Rivera's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The deadline is hereby extended *nunc pro tunc* to August 30, 2025. The Clerk of Court is respectfully directed to docket this order on the 17cr151 docket.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                               ARUN SUBRAMANIAN
                                               United States District Judge